UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY )<br>) | Case No. 23-1845-JMC |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all plaintiffs hereby dismiss this lawsuit without prejudice.

Dated: July 20, 2023

                                              Respectfully submitted,

                                              /s/ Christopher Horner

                                              Christopher Horner, D.C. Bar # 440107
                                              1725 I Street, NW
                                              Suite 300
                                              Washington, D.C. 20006
                                              (202) 262-4458
                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 20, 2023, he caused the Notice of Voluntary Dismissal Without Prejudice to be filed electronically with this Court through the CM/ECF filing system. As Plaintiff had not effected service of process in this matter, no counsel was assigned to the case for Defendant, and as such notice of this filing was automatically distributed to its default parties by operation of the Court's CM/ECF system.

/s/ Christopher Horner

Christopher Horner, D.C. Bar # 440107
1725 I Street, NW
Suite 300
Washington, D.C. 20006
(202) 262-4458